IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

ERIN BISHOP, et al.,

    Plaintiffs,

v.

CIVIL ACTION FILE
NO. 4:15-CV-0033-HLM

SHORTER UNIVERSITY, INC.,

    Defendant.

## ORDER

This case is before the Court on the Court's own Motion.

The brief filed by Plaintiffs in support of their Motion for Preliminary Approval of Settlement exceeds the page limits provided by the Local Rules. (Br. Supp. Mot. Prelim. Approval Settlement (Docket Entry No. 80-6).) Plaintiffs did not obtain permission from the Court before filing the brief. (See generally Docket.) The Court will accept the brief as filed; however, the

AO 72A
(Rev.8/8
2)

Court cautions counsel that the Court expects counsel to comply with the Local Rules for all future filings.

IT IS SO ORDERED, this the 30th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)