IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

ERIN BISHOP, et al.,

    Plaintiffs,

v.                            CIVIL ACTION FILE
                              NO. 4:15-CV-0033-HLM

SHORTER UNIVERSITY, INC.,

    Defendant.

## ORDER

This case is before the Court on the Court's own Motion.

The Court **ORDERS** counsel to appear before the Court **AT 2:00 P.M. E.D.T. ON THURSDAY, MAY 18, 2017**, for a hearing on the Parties' pending Unopposed Motion for Preliminary Approval of Settlement [80].

IT IS SO ORDERED, this the 5th day of May, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE