IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ERIN BISHOP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHORTER UNIVERSITY, INC., <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 4:15-CV-0033-HLM |

## ORDER

This case is before the Court on the Court's May 19, 2017, Order [86] and on the Court's own Motion.

On May 19, 2017, the Court entered an Order certifying a settlement class, preliminarily approving a class action settlement, directing notice to the settlement class, establishing certain filing deadlines, and scheduling a final approval hearing for October 17, 2017. (Order of May 19, 2017 (Docket Entry No.

86).)  The May 19, 2017, Order directed Plaintiffs to file their Motion for Final Approval and their Motion for Service Awards, Attorneys' Fees, and Costs by August 15, 2017.  (Id. at 16.) That deadline has passed, and the docket indicates that Plaintiffs have not filed those Motions.  (See generally Docket.)

ACCORDINGLY, the Court **ORDERS** Plaintiffs to **SHOW CAUSE IN WRITING WITHIN SEVEN (7) DAYS AFTER THE DATE OF THIS ORDER** why Plaintiffs have failed to file their Motion for Final Approval and their Motion for Service Awards, Attorneys' Fees, and Costs as directed by the May 19, 2017, Order.

IT IS SO ORDERED, this the 7th day of September, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE