IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ERIN BISHOP, et al., | |
| Plaintiffs, | CIVIL ACTION FILE NO. |
| v. | 4:15-CV-0033-HLM |
| SHORTER UNIVERSITY, INC., | |
| Defendant. | |

## ORDER

This case is before the Court on the Court's May 19, 2017, Order [86], on the Court's September 7, 2017, Order [88], and on the Court's own Motion.

On May 19, 2017, the Court entered an Order certifying a settlement class, preliminarily approving a class action settlement, directing notice to the settlement class, establishing certain filing deadlines, and scheduling a final approval hearing

for October 17, 2017. (Order of May 19, 2017 (Docket Entry No. 86).) The May 19, 2017, Order directed Plaintiffs to file their Motion for Final Approval and their Motion for Service Awards, Attorneys' Fees, and Costs by August 15, 2017. (Id. at 16.) Plaintiffs did not file those Motions as directed in the May 19, 2017, Order. (See generally Docket.)

On September 7, 2017, the Court entered an Order directing Plaintiffs to show cause in writing within seven days why Plaintiffs failed to file their Motion for Final Approval and Motion for Service Awards, Attorney's Fees, and Costs as directed by the May 19, 2017, Order. (Order of Sept. 7, 2017 (Docket Entry No. 88).) The seven-day deadline has passed, and Plaintiffs have not shown cause as directed in the September 7, 2017, Order. (See generally Docket.) The Court will give Plaintiffs one final opportunity to comply with the Court's Orders.

2

ACCORDINGLY, the Court **ORDERS** Plaintiffs to, **WITHIN SEVEN (7) DAYS AFTER THE DATE OF THIS ORDER, OR BY SEPTEMBER 22, 2017**, either (1) show cause in writing why Plaintiffs have failed to file their Motion for Final Approval and their Motion for Service Awards, Attorneys' Fees, and Costs as directed by the May 19, 2017, Order; or (2) file their Motion for Final Approval and their Motion for Service Awards, Attorneys' Fees, and Costs.  <u>If Plaintiffs require additional time to file those Motions, Plaintiffs must file a Motion for Extension of Time with the Court.</u>  The Court further cautions counsel for Plaintiffs that failure to comply with Court Orders is grounds for dismissal of an action for want of prosecution. N.D. Ga. R. 41.3A(2).  Finally, the Court **DIRECTS** the Clerk to **RESUBMIT** this case to the Court after the conclusion of the seven-day period.

IT IS SO ORDERED, this the 15 day of September, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE

3