IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ERIN BISHOP, et al., | |
| Plaintiffs, | CIVIL ACTION FILE NO. |
| v. | 4:15-CV-0033-HLM |
| SHORTER UNIVERSITY, INC., | |
| Defendant. | |

### ORDER

This case is before the Court on the September 15, 2017, Order [89], and on the Court's own Motion.

On May 19, 2017, the Court entered an Order certifying a settlement class, preliminarily approving a class action settlement, directing notice to the settlement class, establishing certain filing deadlines, and scheduling a final approval hearing for October 17, 2017. (Order of May 19, 2017 (Docket Entry No.

86).) The May 19, 2017, Order directed Plaintiffs to file their Motion for Final Approval and their Motion for Service Awards, Attorneys' Fees, and Costs by August 15, 2017. (Id. at 16.) Plaintiffs did not file those Motions as directed in the May 19, 2017, Order. (See generally Docket.)

On September 7, 2017, the Court entered an Order directing Plaintiffs to show cause in writing within seven days why Plaintiffs failed to file their Motion for Final Approval and Motion for Service Awards, Attorney's Fees, and Costs as directed by the May 19, 2017, Order. (Order of Sept. 7, 2017 (Docket Entry No. 88).) Plaintiffs did not comply with that Order, and, on September 15, 2017, the Court issued an Order directing Plaintiffs to, within seven days, either (1) show cause in writing why they had failed to file their Motion for Final Approval and their Motion for Service Awards, Attorneys' Fees, and Costs as directed, or (2) file those Motions. (Order of Sept. 15, 2017 (Docket Entry No. 89).) On September 22, 2017, Plaintiffs filed

2

their Motion for Final Approval and Certification of the Settlement Class and their Motion for Attorney Fees, Costs and Expenses, and Service Award to Plaintiffs as Class Representative. (Mot. Final Approval (Docket Entry No. 90); Mot. Atty. Fees (Docket Entry No. 91).) The Court finds that Plaintiffs complied with the September 15, 2017, Order.

The Court has reviewed Plaintiffs' findings, and notes that Plaintiffs have not submitted proposed Orders with their Motions. The Court directs counsel for Plaintiffs to file proposed Orders addressing their Motion for Final Approval and Certification of the Settlement Class and their Motion for Attorney Fees, Costs and Expenses, and Service Award to Plaintiffs as Class Representatives by no later than October 13, 2017.

ACCORDINGLY, the Court **FINDS** that Plaintiffs complied with the September 15, 2017, Order. The Court **DIRECTS** counsel for Plaintiffs to file proposed Orders addressing their Motion for Final Approval and Certification of the Settlement

3

Class and their Motion for Attorney Fees, Costs and Expenses, and Service Award to Plaintiffs as Class Representatives by no later than October 13, 2017.

IT IS SO ORDERED, this the 26 day of September, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE